# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00021-CV

**Hi Tech Luxury Imports, LLC, Appellant**

**v.**

**Townsend L. Morgan, Jr., Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
## NO. D-1-GN-18-002579, HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

On March 6, 2019, we granted in part appellant's emergency motion to stay all proceedings in the district court below, temporarily stayed the proceedings pending further order of this Court, and requested a response from appellee. Having now received and considered that response, we lift the stay order.

It is ordered April 1, 2019.

Before Justices Goodwin, Baker, and Triana